FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR - 8 2026

BY ARTHUR JOHNSTON
DEPUTY

## COMPLAINT

Johnson   Kwmane. D64913 / 169857 MDX #
_____
(Last Name)        (Identification Number)

Kwamene   Freddicko
_____
(First Name)        (Middle Name)

Madison County Detention Center   MDOC CMCF Rankin Co
_____
(Institution)

2413 US Highway 51 / Canton MS 39046
_____
(Address)

(Enter above the full name of the plaintiff, prisoner and address   MDOC CMCF Rankin Co.
of plaintiff in this action)

V.        CIVIL ACTION NUMBER: 3:26-cv-238-HTW-LGI
                                (to be completed by the Court)

Raymond Detention Center
_____
1450 County Farm Road   MDOC CMCF Rankin Co-
_____   unty.
Raymond, MS 34154
_____

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.    At the time of the incident complained of in this complaint, were you incarcerated?
      Yes ( ✓ )        No ( )

B.    Are you presently incarcerated?
      Yes ( ✓ )        No ( )

C.    At the time of the incident complained of in this complaint, were you incarcerated because
      you had been convicted of a crime?
      Yes ( )        No ( ✓ )

D.    Are you presently incarcerated for a parole or probation violation?
      Yes ( )        No ( ✓ )

E.    At the time of the incident complained of in this complaint, were you an inmate of the
      Mississippi Department of Corrections (MDOC)?
      Yes ( )        No ( ✓ )

F.    Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
      Yes ( )        No ( ✓ )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Kwamane F. Johnson Prisoner Number: 064213 / 169857 ADOC

Address: MCDC 2943 US HWY 51

Canton Mississippi 39046

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Raymond Detention Center & Affiliates is employed as security

at Raymond Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Kwamane f Johnson    ADDRESS: MDC Rankin County / # 169857 Madison County Detention Center 2943 US Hwy 51 Canton MS 39046

DEFENDANT(S):

NAME: Sheriff and all security at Raymond Detention Center    ADDRESS: 9450 County Farm Rd Raymond MS 39154

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions.  Failure to do so may result in your case being dismissed.

A.    Have you ever filed any lawsuits in a court of the United States?    Yes (    )  No ( ✓ )  ?

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you.  (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
    1.    Parties to the action:_____

    2.    Court (if federal court, name the district; if state court, name the county):_____

    3.    Docket Number:_____

    4.    Name of judge to whom case was assigned:_____

    5.    Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

CASE NUMBER 2.
    1.    Parties to the action:_____

    2.    Court (if federal court, name the district; if state court, name the county):_____

    3.    Docket Number:_____

    4.    Name of judge to whom case was assigned:_____

    5.    Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

## STATEMENT OF CLAIM

III.     State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

In 2023, I was viciously attacked, beaten and hospitalized by several inmates at RDC. I'm not aware of all the names of the inmates but I do know Kadarius white woke me up after I was unconious for a period. This was all due to lack of security. Two broke jaws, Broken chin and broken ear (lft).

## RELIEF

IV.     State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

$500,000,000.00 all hospital bills paid in full, Any surgeries and rehabilition needed in the future to be paid. Release from jail. $8,000,000 in damages

Signed this 16th day of November , 20 25 .

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

Page 4 of 4